### (June 10, 1938.)

In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad or Railroads for the Conveyance and Transportation of Persons and Property as Determined by the Board of Transportation Ought to Be Constructed and Operated. Fulton Street, Pennsylvania Avenue, Pitkin Avenue and Linden Boulevard Route, Eastern Parkway to 106th Street. (Route No. 110-B.) — Motion to fix compensation of commissioners granted. Submit order. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

WILLIAM P. CASSIDY, Respondent, v. HUDSON TRANSIT CORPORATION, Appellant. — In an action to recover for personal injuries sustained by plaintiff, who, while walking east in the southerly roadway and with traffic, was struck by defendant's truck, judgment of the County Court of Orange county in favor of plaintiff and order denying defendant's motion to set aside the verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

CHARNIN CONTRACTING CORP., Appellant, v. WALTER KEENAN and CENTRAL HANOVER BANK AND TRUST COMPANY, as Executors, etc., of JOHN G. CAVANAGH, Deceased, Respondents; HARRY WINKLER, ARRANEFF ELECTRIC CO., INC., ABRAHAM EASTMAN, Trading as EASTMAN DECORATORS, HUDSON PAINTING & DECORATING CO., INC., C. R. DANIELS, INC., ALLIED PLUMBING & HEATING CORP. and CROSS, AUSTIN & IRELAND LUMBER COMPANY, Appellants, and Others, Defendants.— In an action brought to foreclose mechanic liens against real property owned by respondents' decedent, for work performed and materials furnished at the request of a tenant or subtenant, judgment dismissing the complaint and counterclaims, in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

STEFANO GITTO, as Administrator, etc., of JOHN GITTO, Deceased, Appellant, v. PATRICK QUINN, Respondent, and Others, Defendants.— Order granting defendant Quinn's motion for leave to serve an amended answer affirmed, without costs. No opinion. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.